1028

THE STATE OF WASHINGTON, *Respondent*, v. SANTIAGO JUAREZ-ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07302-5, Carol A. Schapira, J., entered January 24, 2000. *Dismissed* by unpublished per curiam opinion.

*In the Matter of the Marriage of* MICHAEL JOHN BROWN, *Appellant*, and MICHELLE COLLEEN BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-3-00974-8, Thomas J. Wynne, J., entered March 24, 2000. *Affirmed* by unpublished per curiam opinion.

DUSITA POULSEN, ET AL., *Respondents*, v. PAMELA JEAN WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-19392-1, Robert H. Alsdorf, J., entered February 25, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.

*In the Matter of the Marriage of* COLLEEN PEDEY, *Respondent*, and BARRY GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for King, No. 95-3-07902-8, Nancy Bradburn-Johnson, J. Pro Tem., entered February 15, 2000. *Affirmed* by unpublished per curiam opinion.